## BENNETT *v.* MISSISSIPPI.

No. 719.   Decided January 13, 1969.

*Albert Sidney Johnston, Jr.,* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## WILLIAMS ET AL. *v.* VIRGINIA STATE BOARD OF ELECTIONS ET AL.

No. 733.   Decided January 13, 1969.

*Howard S. Spering* and *Robert L. Montague III* for appellants.

PER CURIAM.

The judgment is affirmed.